Stephenson D. Emery, W.S.B. #5-2321
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P.O. Box 10700
159 North Wolcott, Suite 400
Casper, Wyoming 82602
307-265-0700 (telephone)
307-266-2306 (telefax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO AND ROB MONACO, PERSONAL REPRESENTATIVES, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN<br><br>Plaintiffs,<br><br>vs.<br><br>HARLEY G. MORRELL, PA-C, JOHN H. SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C. a Wyoming Corporation, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation, AND JOHN DOES 1 THROUGH 10<br><br>Defendants. | CASE NO. 13-CV-151S |

**MOTION OF DEFENDANTS JOHN H. SCHNEIDER, M.D. AND NORTHERN ROCKIES NEURO-SPINE PC TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(b)(1)**

**COME NOW** Defendants, John H. Schneider, M.D. and Northern Rockies Neuro-Spine P.C., through their attorney, Stephenson D. Emery of Williams, Porter, Day & Neville, PC, and hereby move to dismiss this action pursuant to F.R.C.P. 12(b)(1) because the allegations of the

*Complaint* demonstrate that Plaintiffs have no standing to bring this action, and therefore have failed to invoke the jurisdiction of this Court. A Brief containing a short, concise statement of arguments and authorities in support of this Motion, and a proposed Order granting the motion, were filed as Document 19 on September 30, 2013 by Defendant Park West Hospital. Defendants, John H. Schneider, M.D. and Northern Rockies Neuro-Spine P.C., hereby join in that Brief and incorporate it herein by reference.

DATED the 4th day of October, 2013.

JOHN H. SCHNEIDER, MD and NORTHERN ROCKIES NEURO-SPINE, P.A. a Wyoming Corporation, Defendants

/s/ STEPHENSON D. EMERY
Stephenson D. Emery
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P. O. Box 10700
159 North Wolcott, Suite 400
Casper, Wyoming  82602
(307) 265-0700

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of October, 2013, the foregoing *Motion of Defendants John H. Schneider, M.D. and Northern Rockies Neuro-Spine PC to Dismiss Plaintiffs' Complaint Pursuant To FRCP 12(b)(1)*, Case Number 13-CV-151S was filed electronically through the CM/ECF system, which caused the following counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Jon M. Moyers
Moyers Law, PC
490 N. 31 Street, Suite 101
Billings, MT 59101

Angela L. Ekker
Lathrop & Gage
950 Seventeenth Street, Suite 2400
Denver, CO 90202

Fred Paoli, Jr.
Paoli & Brown, PC
116 West Callender Street
Livingston, MT 59047

J. Kent Rutledge
Corinne E. Rutledge
Ericka S. Smith
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068

   /s/ STEPHENSON D. EMERY
Stephenson D. Emery