# CIVIL MINUTE SHEET
# MOTION HEARING

☐ **This minute sheet also contains a Minute Order**
☑ **Telephonic**

Date: 10/22/13

Time: 9:34-10:04

Case No.: 13cv151-SWS

Kathy Monaco et al.,  VS  Harley G Morrell et al,

| Scott W. Skavdahl | Darci Smith | Jamie Hendrich | William Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Alfred F Paoli and Jon Mark Moyers

Attorney(s) for Defendant(s): Stephenson D Emery, Corinne E Rutledge, J Kent Rutledg and Erin Barcley

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 18 | Dismiss for lack of jurisdiction | Denied |
| Defendant | 22 | Dismiss for lack of jurisdiction | Denied |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
_____ by _____

☐ Order to be prepared by  ☐ Court  ☐ Attorney _____
☐ Attorney _____   Admitted *pro hac vice*

Other proceedings

Argument heard. Order: Based on review of the pleadings and counsel's argument, the Court rules that Plaintiffs are not in compliance with Wyoming statutes and rules regarding a wrongful death action brought forward in Wyoming. However, the Court will DENY, without prejudice, the motions for dismissal, and will Stay this action for 60 days to give plaintiffs time to comply with statutes. If an amended complaint or a request for extension is not filed with the given 60 days, the Court will dismiss this action. Plaintiff's request for fees and/or sanctions is denied. Clerk's Note: 60 days from today is December 21, 2013, which is a Saturday. Deadline shall be December 30, 2013.