Corinne E. Rutledge, #5-2480
Ericka S. Smith, #6-3444
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants West Park Hospital, West Park*
*Hospital District, and Quorum Health Resources, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| ESTATE OF RUSSEL MONACO, BY AND, THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 13 CV 151S |
| HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C. a Wyoming Corporation WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation AND JOHN DOES 1 THROUGH 10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**ANSWER FIRST AMENDED COMPLAINT**

COME NOW Defendants West Park Hospital, West Park Hospital District and Quorum

Health Resources, LLC, by and through their attorneys, Lathrop & Rutledge, P.C., and move the

Court, pursuant to F.R.C.P. 6(b)(1)(A), for an order extending Defendants deadline to Answer or

1

otherwise defend Plaintiff's First Amended Complaint and Jury Demand filed on December 16, 2013.  In support of this Motion, the undersigned represents to the Court as follows:

1.Counsel has calculated the current due date of an Answer or other responsive pleadings to be December 30, 2013;

2.Counsel has conferred with Counsel for Plaintiff, Jon M. Moyers, and Mr. Moyers does not oppose an extention of time to Answer or defend for ten (10) days or until January 9, 2014;

3.Counsel believes a ten (10) day extension is a reasonable request which will not unnecessarily delay the proceedings in this matter and notes the Christmas holidays have hampered our ability to answer in a timely fashion.

WHEREFORE, Defendant prays the Court enter an Order granting Defendants West Park Hospital, West Park Hospital District (both of which are the same party) and Quorum Health Resources, LLC, an extension until January 9, 2014, to Answer or otherwise defend Plaintiff's First Amended Complaint and Jury Demand of December 16, 2013.

Dated this 26th day of December, 2013.

  /s/ Ericka S. Smith_____
Corinne E. Rutledge, #5-2480
Ericka S. Smith, #6-3444
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants West Park  Hospital,*
*West Park Hospital District, and*
*Quorum Health Resources, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing was served via U.S. mail and that on the 26th day of December, 2013 the foregoing was filed with the Court using the CM/ECF system and electronic notice served to the following:

Jon M. Moyers
Moyers Law P.C.
490 N. 31 St., Suite 101
Billings, MT 59101

Alfred F. Paoli, Jr.
Bogue, Paoli & Thomas, LLC
1401 17th St., Suite 320
Denver, CO  80202

Stephenson D. Emery
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott Street, Suite 400
P.O. Box 10700
Casper, WY  82602

Mackenzie Williams
Wyoming Attorney General's Office
2424 Pioneer Ave.
Cheyenne, WY  82002

Angela L. Ekker
Lathrop & Gage
950 Seventeenth, St. Ste 2400
Denver, CO  80202

　　　　　　　　　　　　　　　　　　　　　_____/s/ Ericka S. Smith_____