J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
Ericka S. Smith, #6-3444
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants West Park Hospital, West Park*
*Hospital District, and Quorum Health Resources, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ESTATE OF RUSSEL MONACO, BY AND, | ) | |
| THROUGH KATHY MONACO, WRONGFUL | ) | |
| DEATH REPRESENTATIVE, AND KATHY | ) | |
| MONACO, INDIVIDUALLY AND ON | ) | |
| BEHALF OF MINOR CHILDREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 13 CV 151S |
| | ) | |
| HARLEY G. MORRELL, PA-C, JOHN | ) | |
| SCHNEIDER, JR., M.D., NORTHERN ROCKIES | ) | |
| NEURO-SPINE, P.C. a Wyoming Corporation | ) | |
| WEST PARK HOSPITAL DISTRICT, WEST | ) | |
| PARK HOSPITAL, QUORUM HEALTH | ) | |
| RESOURCES, LLC, a Delaware Corporation | ) | |
| AND JOHN DOES 1 THROUGH 10, | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION FOR WITHDRAWAL OF ERICKA S. SMITH**

COMES NOW Ericka S. Smith of Lathrop & Rutledge, P.C. and hereby moves the Court for an Order allowing her to withdraw from this case as counsel for Defendants West Park

Hospital, West Park Hospital District and Quorum Health Resources, LLC. In support of the Motion, counsel states as follows:

Ericka S. Smith is leaving the firm of Lathrop & Rutledge, P.C. The Defendants West Park Hospital, West Park Hospital District and Quorum Health Resources, LLC will continue to be represented by Corinne E. Rutledge, J. Kent Rutledge and Erin A. Barkley of Lathrop & Rutledge, P.C.

Dated this 31st day of January, 2014.

/s/ Ericka S. Smith
J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
Ericka S. Smith, #6-3444
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants West Park Hospital,*
*West Park Hospital District, and*
*Quorum Health Resources, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing was served upon all parties to this action pursuant to the Federal Rules of Civil procedure on this 31st day of January, 2014, and that copies were served via CM/ECF as follows:

Jon M. Moyers
Moyers Law P.C.
490 N. 31 St., Suite 101
Billings, MT 59101

Alfred F. Paoli, Jr.
Bogue, Paoli & Thomas, LLC
1401 17th St., Suite 320
Denver, CO  80202

Stephenson D. Emery
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott Street, Suite 400
P.O. Box 10700
Casper, WY  82602

Mackenzie Williams
Wyoming Attorney General's Office
2424 Pioneer Ave.
Cheyenne, WY  82002

Angela L. Ekker (via U.S. mail only)
Lathrop & Gage
950 Seventeenth St., Ste 2400
Denver, CO  80202

                                              /s/ Ericka S. Smith_____