**Jon M. Moyers, Wyo. State Bar #6-3661**
**MOYERS LAW P.C.**
**490 N. 31 St., Suite 101**
**Billings, Montana 59101**
**Telephone:  (406) 655-4900**
**Facsimile:  (406) 655-4905**
jon@jmoyerslaw.com

**Alfred F. Paoli, Jr.**
**Bogue Paoli & Thomas LLC**
**1401 17th St., Suite 320**
**Denver, Colorado  80202**
**Telephone:  (303) 382-1990**
**Facsimile:  (303) 382-1982**
fpaoli@bogue-paoli.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN,** | 13-CV-151S |
| Plaintiffs, | |
| vs. | |
| **HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation, AND JOHN DOES 1 THROUGH 10,** | |
| Defendants. | |

**PLAINTIFFS' RULE 37(a)(3)(A) MOTION TO COMPEL**

COMES NOW Plaintiff Estate of Russell Monaco, by and through their undersigned counsel of record, Jon M. Moyers, Moyers Law P.C., and Fred Paoli, Bogue, Paoli & Thomas,

1

LLC, and, pursuant to Federal Rule of Civil Procedure 37(a)(3)(A), herewith move this Court to compel Rule 26(a) disclosures by Defendants and for appropriate sanctions.  Defendants Schneider, Northern Rockies Neuro-Spine LLC, West Park Hospital District, West Park Hospital, Quorum Health Resources, LLC, have failed to file their mandatory initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).

Pursuant to Rule 26, these disclosures were due within 14 days after the parties' Rule 26(f) conference, or by at least April 3, 2014, unless another time was set by agreement or court order.  At the parties' Rule 26(f)(3) initial conference, Defendants committed to filing their disclosures on or before April 4, 2014.  That deadline was contained in the parties' Joint Discovery Plan (filed on March 7, 2014), and Defendants reaffirmed that deadline to the Honorable Kelly H. Rankin, Unites State Magistrate Judge for the District of Wyoming, at the Initial Pretrial Conference on March 20, 2014.   To date, however, Defendants have not filed their disclosures.

On several occasions, counsel for Plaintiffs reminded Defendants of the passed deadline.  On April 11, 2014, Plaintiffs' counsel sent the following request:

> Gentle Folks:  I have yet to receive the defendants' R26(a)1 disclosures. Can you advise of the status?  I thought these were being served on 4/4.  I have the State's only.  Thx.

*See* attached email (Exhibit A).  In response, counsel for Defendants agreed to provide their disclosures.  None was served.

Again, on May 5, 2015, Plaintiffs' counsel sent another email asking Defendants to file their disclosures immediately:

> Gentle Folks:
>
> Defendants' Initial Disclosures were to be served by 4/4 per agreement, Rule 26a, and Court order.  I had sent an earlier reminder, per our good faith requirement. To avoid a R37(a)(2)(A) motion, please file your disclosures ASAP or let me

> know of any issues warranting your client's further delay.  I don't want to have the Scheduling Order derailed.

*See* attached email (Exhibit B).  To date, Defendants have not responded to that email, provided this Court with any justification for its dilatory initial disclosures, moved for additional time, or filed their disclosures.

By this motion, Plaintiffs herewith move this Court to compel those initial disclosures and for appropriate sanctions as this Court deems just and proper under the circumstances.

DATED this 7th of May, 2014.

        BOGUE PAOLI & THOMAS LLC

        */s/ Alfred F. Paoli, Jr.*

By:_____
        Alfred F. Paoli, Jr.
        Bogue Paoli & Thomas LLC
        1401 17th St., Suite 320
        Denver, Colorado  80202
        Telephone:  (303) 382-1990
        Facsimile:  (303) 382-1982
        fpaoli@bogue-paoli.com

        Jon M. Moyers
        Moyers Law P.C.
        Wyo. State Bar #6-3661

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Jon M. Moyers | jon@jmoyerslaw.com, sherri@jmoyerslaw.com |
| Alfred F. Paoli | fpaoli@bogue-paoli.com, karola@bogue-paoli.com, sbolin@bogue-paoli.com |
| Corinne E. Rutledge | crutledge@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, ncarlisle@lr-law.org, pflanigin@lr-law.org |
| J. Kent Rutledge | krutledge@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, jkrutledge@msn.com, ncarlisle@lr-law.org, pflanigin@lr-law.org |
| Stephenson D. Emery | semery@wpdn.net, akeller@wpdn.net, mglendenning@wpdn.net, srocha@wpdn.net |
| Mackenzie Williams | mackenzie.williams@wyo.gov |
| Erin Arnold Barkley | ebarkley@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, ncarlisle@lr-law.org, pflanigin@lr-law.org |
| Jay A Gilbertz | jgilbertz@yonkeetoner.com, fisher@yonkeetoner.com, frontdesk@yonkeetoner.com, kkessner@yonkeetoner.com |

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
*No manual recipients.*

                        BOGUE PAOLI & THOMAS LLC

                        */s/ Alfred F. Paoli, Jr.*

By:_____
            Alfred F. Paoli, Jr.
            Admitted Pro Hac Vice
            1401 17th St., Ste. 320
            Denver, CO 80202
            303-382-1990