J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
Erin A. Barkley, #6-4216
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants West Park Hospital, West Park Hospital District, and Quorum Health Resources, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ESTATE OF RUSSEL MONACO, BY AND, THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 13 CV 151S |
| HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C. a Wyoming Corporation WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation AND JOHN DOES 1 THROUGH 10, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF BANKRUPTCY PROCEEDINGS
## AFFECTING DEFENDANT HARLEY G. MORRELL, PA-C

PLEASE TAKE NOTICE that on September 24, 2013, Defendant Harley G. Morrell, PA-C, filed a voluntary petition for Chapter 13 bankruptcy in the Northern District of Alabama. *Voluntary Petition* (attached hereto as Ex. A). An automatic stay goes into effect upon the filing

of the Voluntary Petition and continues until discharge of the debt occurs, which is scheduled to occur sometime in Fall 2018. *Confirmation Order*, Dec. 27, 2013 (containing discharge schedule, attached as Ex. B); 11 USC 362(c)(2) (stay in effect until discharge). No party to this case has requested an order from the Bankruptcy Court lifting the stay so that this litigation might continue. *See PACER Docket*, Northern Dist. Al., Case No. 13-41683-JJR13. The parties to this case dispute whether this litigation is effected by the bankruptcy proceedings. *See WPH's and Schneiders' Resp. to Pl's and Morrell's Joint Mo. for Entry of Consent J.* (filed separately), and *Pl's Reply Br. in Support of Joint Mo. for Entry of Consent J.*. The undersigned contends that judicial determination is required regarding the effect of the bankruptcy proceedings.

Dated this 9th day of May, 2014.

/s/ Corinne E. Rutledge
J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
Erin A. Barkley, #6-4216
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (fax)
*Attorneys for Defendants West Park Hospital,
West Park Hospital District, and
Quorum Health Resources, LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing was electronically filed and served via the CM/ECF System this 9th day of May, 2014, on the following:

Jon M. Moyers
Moyers Law P.C.
490 N. 31 St., Suite 101
Billings, MT 59101

Alfred F. Paoli, Jr.
Bogue, Paoli & Thomas, LLC
1401 17th St., Suite 320
Denver, CO  80202

Stephenson D. Emery
Williams, Porter, Day & Neville, P.C.
159 N. Wolcott Street, Suite 400
P.O. Box 10700
Casper, WY  82602

Mackenzie Williams
Wyoming Attorney General's Office
2424 Pioneer Ave.
Cheyenne, WY  82002

Jay Gilbertz
Yonkee & Toner
P.O. Box 6288
319 West Dow Street
Sheridan, WY 82801

/s/ Corinne E. Rutledge  _____