Stephenson D. Emery, W.S.B. #5-2321
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P.O. Box 10700
159 North Wolcott, Suite 400
Casper, Wyoming 82602
307-265-0700 (telephone)
307-266-2306 (telefax)
Attorney for Defendants
John Schneider, Jr., M.D., and
Northern Rockies Neuro-Spine, P.C.

## IN THE UNITED STATED DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN,<br><br>        Plaintiffs,<br><br>vs.<br><br>HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation, AND JOHN DOES 1 THROUGH 10<br>        Defendants. | Case No.: 13-CV-151S |

### AFFIDAVIT OF JOHN H. SCHNEIDER, JR., M.D.
### IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE
### AFFIDAVIT OF DEFENDANT SCHNEIDER [ECF No. 75]

1. This *Affidavit of John H. Schneider, Jr., M.D. in Opposition to Plaintiffs' Motion to Strike Affidavit of Defendant Schneider [ECF No. 75]* is made to support Defendants' response in opposition to the motion.

2. The *Affidavit of John H. Schneider, Jr., M.D. in Opposition to Joint Motion for Consent Judgment [ECF No. 61-1]*, a copy of which is attached, is incorporated herein by reference as if fully stated.

3. The contents and statements of my prior affidavit [ECF No. 61-1] were true and accurate to the best of my knowledge and belief when I signed it on April 2, 2014, and are still true and accurate to the best of my knowledge and belief.

FURTHER, AFFIANT SAYETH NAUGHT.

_____ MD.
John H. Schneider, Jr., M.D.

STATE OF Montana )
                 ) ss.
COUNTY OF Yellowstone )

SUBSCRIBED, ACKNOWLEDGED AND SWORN to before me on this 23 day of May, 2014, by John H. Schneider.

Witness my hand and official seal.

_____
Notary Public

My Commission Expires: 5/9/17

ASHLEY LANPHEAR
NOTARY PUBLIC
for the State of MONTANA
Residing at Billings, Montana
MY COMM. EXPIRES MAY 9, 2017