Stephenson D. Emery, W.S.B. #5-2321
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P.O. Box 10700
159 North Wolcott, Suite 400
Casper, Wyoming 82602
307-265-0700 (telephone)
307-266-2306 (telefax)
semery@wpdn.net
Attorneys for Defendants John Schneider, Jr., MD and
Northern Rockies Neuro-Spine, PC, a Wyoming Corporation

## IN THE UNITED STATED DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, <br><br>         Plaintiffs, <br><br> vs. <br><br> HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation, AND JOHN DOES 1 THROUGH 10 <br>         Defendants. | ) ) ) ) ) ) ) ) ) ) Case No.: 13-CV-151S ) ) ) ) ) ) ) ) ) ) ) |

### MOTION FOR PROTECTIVE ORDER

COMES NOW the Defendant, John H. Schneider Jr., M.D., by and through his undersigned attorney and respectfully moves the Court to enter a Protective Order and in support thereof states as follows:

1.      This Motion is made pursuant to Fed. R. Civ. P. 26 (b) (1) and (c).

2.      Plaintiffs have propounded extensive discovery, by virtue of Interrogatories, particularly Interrogatory 5, and numerous Requests for Production of Documents, which are not relevant to the causes of action pled in Plaintiffs' *Amended Complaint* to-wit: medical negligence and an identified fraudulent transfer. The relevant documents have been produced via *Defendants John Schneider, Jr. MD and Northern Rockies Neurospine, PC's Fourth Supplement to Rule 26(a)(i) Disclosure.* Defendants have also served *Defendant's Answers to Plaintiffs' First Interrogatories* and *Defendant's Response to Plaintiffs' First Request for Production*.

3.      It is anticipated that – despite the supplemental disclosures and production of documents – the Plaintiffs will pursue discovery that is not relevant by utilizing the pending Interrogatories and Request for Production of Documents, as well as by deposition.

4.      Certain of the requests for documents not produced are subject to confidential settlement agreements, more particularly settlement agreements entered into regarding medical negligence claims. A *Protective Order* is necessary to determine the scope of disclosure, if any, of the confidential documents.

5.      A *Protective Order* is necessary to define the scope of the subject matter of discovery – the relevant areas of inquiry as to the alleged fraudulent transfer of $3,000,000.

6.      Pursuant to Rule 26(c)(1), F.R.C.P. and USDCLR 37.1(b), the undersigned certifies that reasonable good faith efforts have been undertaken to resolve the dispute with opposing counsel prior to the filing of the motion. Specifically, counsel participated in a conference call with U.S. Magistrate Judge Kelly Rankin and Plaintiffs' counsel on September 18, 2014, and another conference call with Plaintiffs' counsel on September 19, 2014.

7. Filed herewith is Defendant Schneider's *Brief in Support of Motion for Protective Order*.

WHEREFORE, Defendant Schneider prays the Court enter a *Protective Order* which determines the scope of discovery of the documents and information as to the confidential settlement, limits the scope of discovery as to the fraudulent transfer claim to the allegations in the *Amended Complaint* of the $3,000,000 fraudulent transfer, and for such other and further relief that the Court may deem meet in the premises.

DATED this 6th day of October, 2014.

John H. Schneider, Jr., MD
Defendant.

/s/ Stephenson D. Emery
STEPHENSON D. EMERY W.S.B. #5-2321
Williams, Porter, Day and Neville P.C.
159 N. Wolcott Suite 400
P.O. Box 10700
Casper, WY 82601

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing in Civil Action No. 13-CV-151S was electronically filed, using the electronic filing system this 6th day of October, 2014. The system will send notification of such filing to the registered CM/ECF user at their email addresses.

Jon M. Moyers
Moyers Law, PC
490 N. 31 Street, Suite 101
Billings, MT 59101
jon@jmoyerslaw.com

Jay A. Gilbertz
Yonkee & Toner LLP
319 West Dow Street
P.O. Box 6288
Sheridan WY 82801
jgilbertz@yonkeetoner.com

Mackenzie Williams
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne WY 82002
mackenzie.williams@wyo.gov

Fred Paoli, Jr.
Paoli & Brown, PC
116 West Callender Street
Livingston, MT 59047
fpaoli@bogue-paoli.com

J. Kent Rutledge
krutledge@lr-law.org
Corinne E. Rutledge
crutledge@lr-law.org
Erin Arnold Barkley
ebarkley@lr-law.org
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068

/s/ Stephenson D. Emery
STEPHENSON D. EMERY