**Jon M. Moyers, Wyo. State Bar #6-3661**
**MOYERS LAW P.C.**
**490 N. 31 St., Suite 101**
**Billings, Montana 59101**
**Telephone:  (406) 655-4900**
**Facsimile:  (406) 655-4905**
jon@jmoyerslaw.com

**Alfred F. Paoli, Jr.**
**Bogue Paoli & Thomas LLC**
**1401 17th St., Suite 320**
**Denver, Colorado  80202**
**Telephone:  (303) 382-1990**
**Facsimile:  (303) 382-1982**
fpaoli@bogue-paoli.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, <br><br> Plaintiffs, <br><br> vs. <br><br> HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC, a Delaware Corporation, AND JOHN DOES 1 THROUGH 10, <br><br> Defendants. | 13-CV-151S |

MOTION TO DISMISS DEFENDANTS WEST PARK HOSPITAL DISTRICT, WEST PARK HOSPITAL, QUORUM HEALTH RESOURCES, LLC

Page 1

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana  59101
406-655-4900
406-655-4905 fax

COME NOW Plaintiffs Estate of Russell Monaco, by and through Kathy Monaco, Wrongful Death Representative and Personal Representative, and Kathy Monaco, individually and on behalf of her minor children ("Plaintiffs"), by and through their undersigned counsel of record, Jon M. Moyers, Moyers Law P.C., and Fred Paoli, Bogue & Paoli, LLC, and move this Court to dismiss Defendants West Park Hospital District and West Park Hospital, with prejudice.  Plaintiffs have reached a confidential settlement with these Defendants which has been approved by District Court Judge Steven Cranfill.  Plaintiffs have not settled their dispute with Defendants Morrell, Schneider or Northern Rockies Neuro-Spine, therefore this matter should remain open.  Plaintiffs also move to dismiss Quorum Health Resources, LLC, based upon information provided by its counsel.  Each party shall bear its own costs and attorneys' fees.

DATED this  day of , 2014.

MOYERS LAW P.C.

By:____/s/ Jon M. Moyers_____

Jon M. Moyers
Wyo. State Bar #6-3661

Attorney for Plaintiffs

Page 2

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana  59101
406-655-4900
406-655-4905 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on this  day of , 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Jon M. Moyers	jon@jmoyerslaw.com, sherri@jmoyerslaw.com

Alfred F. Paoli	fpaoli@bogue-paoli.com, karola@bogue-paoli.com, sbolin@bogue-paoli.com

Corinne E. Rutledge	crutledge@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, ncarlisle@lr-law.org, pflanigin@lr-law.org

J. Kent Rutledge	krutledge@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, jkrutledge@msn.com, ncarlisle@lr-law.org, pflanigin@lr-law.org

Stephenson D. Emery	semery@wpdn.net, akeller@wpdn.net, mglendenning@wpdn.net, srocha@wpdn.net

Mackenzie Williams	mackenzie.williams@wyo.gov

Erin Arnold Barkley	ebarkley@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, ncarlisle@lr-law.org, pflanigin@lr-law.org

Jay A Gilbertz	jgilbertz@yonkeetoner.com, fisher@yonkeetoner.com, frontdesk@yonkeetoner.com, kkessner@yonkeetoner.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
*No manual recipients.*

MOYERS LAW P.C.

By:      /s/ Jon M. Moyers

Jon M. Moyers
Wyo. State Bar #6-3661

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana  59101
406-655-4900
406-655-4905 fax