# CIVIL MINUTE SHEET
# STATUS / SCHEDULING CONFERENCE

○ This minute sheet also contains a Minute Order



**FILED**
12:33 pm, 11/24/14
**Stephan Harris**
**Clerk of Court**

| | | |
|---|---|---|
| Date | Nov 24, 2014 | ◉ Telephonic |
| Time | 8:38 - 9:14 | ○ Status |
| | | ○ Scheduling |

Case Number   13-CV-151-S

KATHY MONACO, et al.   VS   JOHN SCHNEIDER, JR., et al.

| Kelly H. Rankin | Zac Reid | Julieann Gern | |
|---|---|---|---|
| Judge | Clerk | Law Clerk | Court Reporter |

Attorney(s) for Plaintiff(s)   Alfred Paoli, Jr., Jon Mark Moyers

Attorney(s) for Defendant(s)   Stephenson Emery

Other   Counsel to file motion if continuance desired.

Plaintiff Expert Witness Designation Deadline

Defendant Expert Witness Designation Deadline

Discovery Due

Other Fact Witnesses Deadline

Stipulation Deadline

Dispositive Motions Hearing
☐ Including Daubert Challanges

Defendant Motion Filing Deadline
☐ Including Daubert Challanges

Final Pretrial Conference Set   tentative date 2/10/15 @ 1:15 p.m. (not set)

Jury Trial Set   tentative date 3/2/15 @ 9:00 a.m. (not set)

Other