# CIVIL MINUTE SHEET
# STATUS CONFERENCE

☐ **This minute sheet also contains a Minute Order**
☑ **Telephonic**

Date: 12/15/14

Time: 3:33 - 3:51 pm

Case No.: 13CV151-S

Kathy Monaco vs PA-C Harley G. Morrell, et al

| Scott W. Skavdahl | Tiffany Dyer | Anne Bowline | William Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Alfred Paoli, Jr. Jon Moyers,

Attorney(s) for Defendant(s): Stephenson D. Emery & Mackenzie Williams

**Other**

The Court held a status conference with counsel on December 15, 2014. On or before December 22, 2014, the parties shall file written submissions concerning the viability of Plaintiff's Motion for Summary Judgment and the effect of any automatic stay in light of Defendant Morrell's Notice of Bankruptcy Proceedings [74] and Defendant Schneider's Notice of Bankruptcy Proceedings [134]. The Court will then issue a ruling on the status of the case. Until the Court rules on the status of the case, the motion for summary judgment and all deadlines coming due in the interim, along with pending discovery requests, shall be held in abeyance. The Court will reset the pertinent deadlines, if necessary, when it determines the status and direction of the case.