Jon M. Moyers, Wyo. State Bar #6-3661
MOYERS LAW P.C.
490 N. 31 St., Suite 101
Billings, Montana 59101
Telephone: (406) 655-4900
Facsimile: (406) 655-4905
jon@jmoyerslaw.com

Alfred F. Paoli, Jr.
Bogue Paoli & Thomas LLC
1401 17th St., Suite 320
Denver, Colorado 80202
Telephone: (303) 382-1990
Facsimile: (303) 382-1982
fpaoli@bogue-paoli.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, <br><br> Plaintiffs, <br><br> vs. <br><br> HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, AND JOHN DOES 1 THROUGH 10, <br><br> Defendants. | 13-CV-151S |

**PLAINTIFFS' SUPPLEMENT TO WRITTEN SUBMISSION CONCERNING THE VIABILITY OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND THE EFFECT OF ANY AUTOMATIC STAY IN LIGHT OF DEFENDANT MORRELL'S NOTICE OF BANKRUPTCY PROCEEDINGS [74] AND DEFENDANT SCHNEIDER'S**

Page 1

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana 59101
406-655-4900
406-655-4905 fax

| | |
|---|---|
| 1 | NOTICE OF BANKRUPTCY PROCEEDINGS [134] |

COME NOW Plaintiffs Estate of Russell Monaco, by and through Kathy Monaco, Wrongful Death Representative and Personal Representative, and Kathy Monaco, individually and on behalf of her minor children ("Plaintiffs"), by and through their undersigned counsel of record, Jon M. Moyers, Moyers Law P.C., and Fred Paoli, Bogue Paoli & Thomas LLC, and refers the Court to the attached email of January 7, 2015 from Lisa Hancock, bankruptcy attorney for Harley Morrell.

DATED this 7th day of January, 2015.

MOYERS LAW P.C.

By:  /s/ Jon M. Moyers

Jon M. Moyers
Wyo. State Bar #6-3661

Attorney for Plaintiffs

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana 59101
406-655-4900
406-655-4905 fax

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Jon M. Moyers   jon@jmoyerslaw.com, sherri@jmoyerslaw.com

Alfred F. Paoli   fpaoli@bogue-paoli.com, karola@bogue-paoli.com, sbolin@bogue-paoli.com

Stephenson D. Emery semery@wpdn.net, akeller@wpdn.net, mglendenning@wpdn.net, srocha@wpdn.net

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
*No manual recipients.*

MOYERS LAW P.C.

By:_____/s/ Jon M. Moyers_____

Jon M. Moyers
Wyo. State Bar #6-3661

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana 59101
406-655-4900
406-655-4905 fax

# Jon Moyers

| | |
|---|---|
| **From:** | Lisa Hancock <lhanc@att.net> |
| **Sent:** | Wednesday, January 7, 2015 10:42 AM |
| **To:** | jon@jmoyerslaw.com |
| **Subject:** | Fwd: Morrell |
| **Attachments:** | SKMBT_28315010712430.pdf; Untitled attachment 00867.htm |

Jon,

The Trustee and I are in court now, but have agreed to the lifting of the stay for the purposes of you and the Monaco plaintiffs proceeding in the Wyoming District Court suit that will benefit Harley Morrell (and his bankruptcy estate), but not for the purpose collecting or taking other actions detrimental to Mr. Morrell or his estate. I have prepared the attached agreement and affixed my signature electronically. The Trustee has same to review as she can while Court is in session.

Lisa M. Hancock

Begin forwarded message:

> **From:** "Lisa Hancock" <lhanc@charter.net>
> **Date:** January 7, 2015 at 11:35:27 AM CST
> **To:** "Lisa Hancock" <lhanc@att.net>
> **Subject: Morrell**
>
> Modifided Agreement attached.
>
> Kim

1