# CIVIL MINUTE SHEET
# STATUS CONFERENCE

☑ **This minute sheet also contains a Minute Order**
☑ **Telephonic**

Date: 01/07/15

Time: 1:02-1:18

Case No.: 2:13-cv-151-SWS

Kathy Monaco, et al., vs Harley G Morrell, PA-C, et al.,

| Scott W. Skavdahl | Darci Smith | Anne Bowline | William Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Alfred F Paoli, Jr and Jon Mark Moyers

Attorney(s) for Defendant(s): Stephenson Emery

**Other**

Matter set for discussion regarding [74] Suggestion of Bankruptcy by Harry Morrell and [134] Suggestion of Bankruptcy of Dr John Schneider, Jr.
Mr Morrell not represented at the hearing as no entry of appearance has been filed, although Plaintiff's counsel advised the Court they have attempted contact with Mr Morrell's counsel. The Court then heard from the parties on the status of both bankruptcy proceedings.

Ordered: For reasons articulated on the record, and incorporated by reference, the Court shall stay the case as to all defendants pending resolution of the bankruptcy proceedings or the lifting of the stays by the bankruptcy court. All deadlines and hearings, including the trial, are Vacated. Counsel is to notify the Court of any changes immediately.

Counsel advised a two week setting would be sufficient for the trial.