1  **Jon M. Moyers, Wyo. State Bar #6-3661**
   **MOYERS LAW P.C.**
2  **490 N. 31 St., Suite 101**
   **Billings, Montana 59101**
3  **Telephone:  (406) 655-4900**
   **Facsimile:  (406) 655-4905**
4  jon@jmoyerslaw.com

5  **Alfred F. Paoli, Jr.**
   **Bogue Paoli & Thomas LLC**
6  **1401 17ᵗʰ St., Suite 320**
   **Denver, Colorado  80202**
7  **Telephone:  (303) 382-1990**
   **Facsimile:  (303) 382-1982**
8  fpaoli@bogue-paoli.com

9  Attorneys for Plaintiffs

10                 **UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF WYOMING**

11 **ESTATE OF RUSSELL MONACO, BY AND**          )          **13-CV-151S**
   **THROUGH KATHY MONACO, WRONGFUL**            )
12 **DEATH REPRESENTATIVE AND**                  )
   **PERSONAL REPRESENTATIVE, AND**              )
13 **KATHY MONACO, INDIVIDUALLY AND**            )
   **ON BEHALF OF MINOR CHILDREN,**              )
14                                               )
                   **Plaintiffs,**               )
15                                               )
        **vs.**                                  )
16                                               )
   **HARLEY G. MORRELL, PA-C, JOHN**             )
17 **SCHNEIDER, JR., M.D., NORTHERN**            )
   **ROCKIES NEURO-SPINE, P.C., a Wyoming**      )
18 **Corporation, AND JOHN DOES 1 THROUGH**      )
   **10,**                                       )
                                                 )
19                 **Defendants.**               )
                                                 )

20 _____

                              STATUS REPORT
21 _____

        COME NOW Plaintiffs Estate of Russell Monaco, by and through Kathy Monaco,

22
   Page 1                                        MOYERS LAW P.C.
                                                 490 N. 31ˢᵗ St., Suite 101
                                                 Billings, Montana  59101
23                                               406-655-4900
                                                 406-655-4905 fax

1    Wrongful Death Representative and Personal Representative, and Kathy Monaco, individually

2    and on behalf of her minor children ("Plaintiffs"), by and through their undersigned counsel of

3    record, Jon M. Moyers, Moyers Law P.C., and Fred Paoli, Bogue & Paoli, LLC, and for their

4    status report to the Court states that the only claims that remain are against John Henry

5    Schneider and his professional entities which claims were stayed due to the Chapter VII

6    bankruptcy filed by John Henry Schneider in United States Bankruptcy Court for the District of

7    Montana, case number 14-61357.  The bankruptcy matter is still pending and no distributions

8    have been made to the creditors.  Plaintiffs request that this matter remain open until the

9    bankruptcy matter is concluded; at that time this matter would be dismissed.

10    DATED this 27th day of January, 2017.

11

12                                                                 MOYERS LAW P.C.

13                                                        By:_____/s/ Jon M. Moyers_____

14                                                        Jon M. Moyers
                                                          Wyo. State Bar #6-3661

15                                                        Attorney for Plaintiffs

16

17

18

19

20

21

22    Page 2

23

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Jon M. Moyers      jon@jmoyerslaw.com, sherri@jmoyerslaw.com

Alfred F. Paoli      fpaoli@bogue-paoli.com, karola@bogue-paoli.com, sbolin@bogue-paoli.com

Corinne E. Rutledge      crutledge@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, ncarlisle@lr-law.org, pflanigin@lr-law.org

J. Kent Rutledge      krutledge@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, jkrutledge@msn.com, ncarlisle@lr-law.org, pflanigin@lr-law.org

Stephenson D. Emery      semery@wpdn.net, akeller@wpdn.net, mglendenning@wpdn.net, srocha@wpdn.net

Mackenzie Williams      mackenzie.williams@wyo.gov

Erin Arnold Barkley      ebarkley@lr-law.org, ccalvetti@lr-law.org, jjordan@lr-law.org, ncarlisle@lr-law.org, pflanigin@lr-law.org

Jay A Gilbertz      jgilbertz@yonkeetoner.com, fisher@yonkeetoner.com, frontdesk@yonkeetoner.com, kkessner@yonkeetoner.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*No manual recipients.*

MOYERS LAW P.C.

By:_____/s/ Jon M. Moyers_____

Jon M. Moyers
Wyo. State Bar #6-3661

Page 3