**Jon M. Moyers, Wyo. State Bar #6-3661**
**MOYERS LAW P.C.**
**3936 Avenue B, Suite D**
**Billings, Montana 59102**
**(406) 655-4900**
jon@jmoyerslaw.com

**Alfred F. Paoli, Jr.,** *pro hac vice*
**PAOLI & BROWN, PC**
**116 West Callender**
**Livingston, Montana  59047**
**(406) 222-4420**
**(406) 222-1032 fax**
fred@paolibrown.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN,<br><br>Plaintiffs,<br><br>vs.<br><br>HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, AND JOHN DOES 1 THROUGH 10,<br><br>Defendants. | 13-CV-151S |

## STATUS REPORT

COME NOW Plaintiffs Estate of Russell Monaco, by and through Kathy Monaco,

Page 1

Wrongful Death Representative and Personal Representative, and Kathy Monaco, individually and on behalf of her minor children ("Plaintiffs"), by and through their undersigned counsel of record, and for their status report to the Court states that the only claims that remain are against John Henry Schneider and his professional entities which claims were stayed due to the Chapter VII bankruptcy filed by John Henry Schneider in United States Bankruptcy Court for the District of Montana, case number 14-61357.  The bankruptcy matter is still pending and the Trustee challenged the agreement reached with John Henry Schneider.  Also, John Henry Schneider was convicted of bankruptcy fraud in United States District Court of Montana, Docket Number 17-CR-00077, and ordered to make restitution of $309,000.00.  Dr. Schneider pleaded guilty to the non-disclsosure of property belonging to the bankruptcy estate and sentenced on August 15, 2018 to twenty-four months in prison.  Plaintiffs request that this matter remain open until the bankruptcy matter is concluded, at which time Plaintiffs can advise the Court on the outstanding claims.

DATED this 31st day of August, 2018.

MOYERS LAW P.C.

By:_____/s/ *Jon M. Moyers*_____

Jon M. Moyers
Wyo. State Bar #6-3661

Attorney for Plaintiffs

Page 2

MOYERS LAW P.C.
3936 Avenue B, Suite D
Billings, Montana  59102
406-655-4900

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Jon M. Moyers          jon@jmoyerslaw.com, sherri@jmoyerslaw.com

Alfred F. Paoli          fred@paolibrown.com; legal@paolibrown.com

Stephenson D. Emery semery@wpdn.net, akeller@wpdn.net, mglendenning@wpdn.net, srocha@wpdn.net

Mackenzie Williams  mackenzie.williams@wyo.gov


I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
*No manual recipients.*

                                        MOYERS LAW P.C.


                                        By:_____/s/ Jon M. Moyers _____

                                        Jon M. Moyers
                                        Wyo. State Bar #6-3661

Page 3

MOYERS LAW P.C.
3936 Avenue B, Suite D
Billings, Montana  59102
406-655-4900