**Jon M. Moyers, Wyo. State Bar #6-3661**
**MOYERS LAW P.C.**
**3936 Avenue B, Suite D**
**Billings, Montana 59102**
**(406) 655-4900**
jon@jmoyerslaw.com

**Alfred F. Paoli, Jr.,** *pro hac vice*
**PAOLI & BROWN, PC**
**116 West Callender**
**Livingston, Montana  59047**
**(406) 222-4420**
**(406) 222-1032 fax**
fred@paolibrown.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, AND JOHN DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | 13-CV-151S |

### STATUS REPORT

COME NOW Plaintiffs Estate of Russell Monaco, by and through Kathy Monaco,

Wrongful Death Representative and Personal Representative, and Kathy Monaco, individually and on behalf of her minor children ("Plaintiffs"), by and through their undersigned counsel of record, and for their status report to the Court states that the only claims that remain are against John Henry Schneider and his professional entities which claims were stayed due to the Chapter VII bankruptcy filed by John Henry Schneider in United States Bankruptcy Court for the District of Montana, case number 14-61357.  In the bankruptcy, Dr. Schneider did not contest the current claims by Plaintiffs; following the conclusion of the bankruptcy, Dr. Schneider was not discharged of the current claim.

Defendant Nothern Rockies Neuro Spine, P.C. did not seek bankruptcy protection. John Henry Schneider was then convicted of bankruptcy fraud in United States District Court of Montana, Docket Number 17-CR-00077, and ordered to make restitution of $309,000.00. Dr. Schneider pleaded guilty to the non-disclsosure of property belonging to the bankruptcy estate and was sentenced on August 15, 2018 to twenty-four months in prison.  He is currently incarcerated in MCC San Diego.

The bankruptcy final settlement was presented to the U.S. Trustee for approval. Currently, Dr. Schneider is not making the Court-ordered restitution payments.  Counsel for Plaintiff requested the Montana U.S. District Court to order Defendant Schneider to make full restitution and impose fines.  The U.S. District Court denied the request, stating "While he remains in prison, he is not in a position to make substantial payments.  But when he is released, he must 'make payments at a rate of $12,872.70 per month, or as othwise directed by the United States Probation.'"

Page 2

MOYERS LAW P.C.
3936 Avenue B, Suite D
Billings, Montana 59102
406-655-4900

Plaintiffs intend to dismiss this case and will undertake circulation of an appropriate stipulated motion for dismissal for presentation to the Court.

DATED this 27th day of September, 2019.

MOYERS LAW P.C.

By:     /s/ *Jon M. Moyers*
Jon M. Moyers
Wyo. State Bar #6-3661

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Jon M. Moyers        jon@jmoyerslaw.com, sherri@jmoyerslaw.com

Alfred F. Paoli     fred@paolibrown.com; legal@paolibrown.com

Stephenson D. Emery semery@wpdn.net, akeller@wpdn.net, mglendenning@wpdn.net, srocha@wpdn.net

Mackenzie Williams  mackenzie.williams@wyo.gov

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:
*No manual recipients.*

MOYERS LAW P.C.

By:     /s/ Jon M. Moyers
Jon M. Moyers
Wyo. State Bar #6-3661

MOYERS LAW P.C.
3936 Avenue B, Suite D
Billings, Montana 59102
406-655-4900