**Jon M. Moyers, Wyo. State Bar #6-3661**
**MOYERS LAW P.C.**
**3936 Avenue B, Suite D**
**Billings, Montana 59102**
**(406) 655-4900**
jon@jmoyerslaw.com

**Alfred F. Paoli, Jr.,** *pro hac vice*
**PAOLI & BROWN, PC**
**116 West Callender**
**Livingston, Montana  59047**
**(406) 222-4420**
**(406) 222-1032 fax**
fred@paolibrown.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, AND KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, | ) ) ) ) ) ) ) | 13-CV-151S |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, AND JOHN DOES 1 THROUGH 10, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

MOTION TO DISMISS PURSUANT TO RULE 41(a)(2) Fed.R.Civ.P.

COME NOW Plaintiffs Estate of Russell Monaco, by and through Kathy Monaco,

Page 1

Wrongful Death Representative and Personal Representative, and Kathy Monaco, individually and on behalf of her minor children ("Plaintiffs"), by and through their undersigned counsel of record, and move to dismiss this case, without prejudice, pursuant to Rule 41(a)(2), Fed.R.Civ.P.

DATED this 6th dayof April, 2020.

MOYERS LAW P.C.

By: /s/ *Jon M. Moyers*
Jon M. Moyers
Wyo. State Bar #6-3661

Attorney for Plaintiffs