UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 APR -7 PM 4:37

MARGARET BOTKINS, CLERK
CASPER

ESTATE OF RUSSELL MONACO, BY AND THROUGH KATHY MONACO, WRONGFUL DEATH REPRESENTATIVE AND PERSONAL REPRESENTATIVE, and KATHY MONACO, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN,

    Plaintiffs,

v.

HARLEY G. MORRELL, PA-C, JOHN SCHNEIDER, JR., M.D., NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming Corporation, and JOHN DOES 1 THROUGH 10,

    Defendants.

Case No. 13-CV-151-SWS

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court on the Plaintiffs' Motion to Dismiss Pursuant to Rule 41(a)(2) (Doc. 154). Having considered the motion, reviewed the record herein, and being otherwise fully advised, the Court finds the request for dismissal is appropriate and on proper terms. There are no counterclaims pending.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion to Dismiss Pursuant to Rule 41(a)(2) (Doc. 154) is **GRANTED**. All claims set forth in this matter are dismissed without prejudice, with each party to pay their own costs and fees.

**DATED:** April __7__ 2020.

Scott W. Skavdahl
United States District Judge